671  VAN AIKEN vs. CIRCUIT JUDGE (Lenawee), No. 11724½.

To set aside a default, taken on failure to answer within the time fixed upon overruling demurrer.

Order to show cause denied February 10, 1891.

Relator appealed from order overruling demurrer. Decree affirmed, 77 M., 588, and twenty days given to answer. Relator defaulted for want of answer.


672  BURT vs. CIRCUIT JUDGE (Wayne), No. 12558, 90 M., 520.

To set aside default entered for want of replication to a notice of matter of defense, filed under Circuit Court Rule No. 106.

Granted March 9, 1892, with costs.


673  COACH vs. CIRCUIT JUDGE (Kent), No. 13785, 97 M., 563.

To vacate an order setting aside a default which had been entered upon the failure of complainant to answer defendant's claim, set up in his answer, for affirmative relief, except by replication in the usual form, which the circuit judge held to be a sufficient answer.

Granted November 24, 1893, without costs.